IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DUK SOOK KUHRY-HAEUSER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:05cv37 |
| vs. ) | |
| ) | ORDER to SHOW CAUSE |
| JOHN DEERE LANDSCAPES, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on filing no. 15, the Motion for sanctions filed by the defendant, John Deere Landscapes. The defendant moves for dismissal of the above-entitled case as a sanction for the plaintiff's failure to appear at the deposition noticed by the defendant on October 17, 2005 for November 3, 2005.

By November 30, 2005, the plaintiff, Duk Sook Kuhry-Haeuser, shall file a "Response to Order to Show Cause" explaining why she did not appear for the deposition. The plaintiff is warned that failure to comply with an Order of the court, such as this Order to Show Cause, can provide grounds for dismissal of a case.

SO ORDERED.

DATED November 18, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge