IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DUK SOOK KUHRY-HAEUSER,

        Plaintiff,                           CASE NO. 8:05cv37

vs.

                                          ORDER

JOHN DEERE LANDSCAPES,

        Defendant.

This matter is before the court on plaintiff's motion to extend time for completing discovery (Filing No. 32). The court has reviewed both the motion and the defendant's brief in opposition to the motion. In pro se cases the court freely grants motions to extend time for either party. Therefore, the court will grant plaintiff's motion to extend and amend the Order Setting Schedule For Progression of a Civil Case (Filing No. 28) as outlined below.

IT IS ORDERED:

        1.        The Progression Order (Filing No. 28) is amended as follows:

                a.        **Deposition Deadline.** All depositions, whether or not they are intended to be used at trial, shall be completed by **May 26, 2006**. All interrogatories, requests for admission and requests for production or inspection, whether or not they are intended to be used at trial, shall be served sufficiently early to allow rule time response before that date. Counsel may stipulate to extensions of time to respond to discovery requests in accordance with Fed. R. Civ. P. 29, as amended, but such extensions shall not extend any of the dates in this order; any requests for extensions of any of the deadlines herein shall be made by appropriate motion and order.

                b.        **All** motions for summary judgment shall be filed on or before **July 7, 2006**. *See* NECivR 56.1 and 7.1.

Dated this 3rd day of May 2006.

                                                BY THE COURT:

                                                s/F.A. Gossett
                                                United States Magistrate Judge